George V. **CHRISTMAN** et al., Co-partners doing business under the name and style of Christman & Company, Plaintiff-Appellee,

v.

**MARISTELLA COMPANIA NAVIERA,** Defendant, Third-Party Plaintiff-Appellant,

v.

**BOYD, WEIR & SEWELL, INC.,** Third-Party Defendant-Appellee.

No. 86, Docket 72–1376.

United States Court of Appeals, Second Circuit.

Argued Oct. 16, 1972.

Decided Oct. 16, 1972.

Nicholas J. Healy, Jr., New York City (Healy & Baillie, William F. Losquadro, New York City, of counsel), for defendant, third-party plaintiff-appellant.

Edward L. Smith, New York City (Kirlin, Campbell & Keating, New York City, of counsel), for plaintiff-appellee.

R. Glenn Bauer, New York City (Haight, Gardner, Poor & Havens, New York City, of counsel), for third-party defendant-appellee.

Before MANSFIELD, OAKES and TIMBERS, Circuit Judges.

* Sitting by designation.

PER CURIAM:

We affirm the judgment of the district court upon the carefully considered opinion of Judge Brieant, reported at 349 F.Supp. 845 (S.D.N.Y.1971).